UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Charisse Samantha Moll_

Write the full name of each plaintiff.

\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

_The British Monarchy_

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

2024 SEP 20 AM 11: 29

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

- Trafficking Victims Protection Act of 2000 - Sex Trafficking 22 USC §7102(11)(A), Forced Labor 22 USC §7102(11)(B)

- Racketeer Influenced and Corrupt Organizations (RICO) Act - Wire Fraud, Securities Fraud, Romance Scam, Organized Retail scheme

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Charisse Samantha Nowe_ (Plaintiff's name), is a citizen of the State of

_The State of New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_N/A_.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _The Royal Family_____, is incorporated under the laws of the State of ____N/A_____

and has its principal place of business in the State of _____N/A_____

or is incorporated under the laws of (foreign state) _The United Kingdom_

and has its principal place of business in _London, England_____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Charise_____  _S.___  _Moore_____
First Name             Middle Initial  Last Name

_I DO NOT HAVE A HOME N APARTMENT, DUE TO INTERSTATE STALKING_
Street Address

_New York, New York_____   _New York_   _10007_
County, City               State        Zip Code

_917-244-8163_____     _CharriseSamantha@proton.me_
Telephone Number            Email Address (if available)

Page 3

If the defendant is an individual:

The defendant, __N/A__ (Defendant's name), is a citizen of the State of

__N/A__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__N/A__.

If the defendant is a corporation:

The defendant, __The Royal Family__, is incorporated under the laws of the State of __N/A__

and has its principal place of business in the State of __N/A__

or is incorporated under the laws of (foreign state) __The United Kingdom__

and has its principal place of business in __London, England__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__John__                                __Collison__
First Name        Middle Initial        Last Name

__Stripe, Inc. 354 Oyster Point Boulevard__
Street Address

__San Francisco, San Francisco__    __California__    __94080__
County, City                          State           Zip Code

__888-926-2289__                        __media@stripe.com__
Telephone Number                        Email Address (if available)

Page 3

If the defendant is an individual:

The defendant, ———— N|A ————, is a citizen of the State of
(Defendant's name)

———— N|A ————

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

———— N|A ————.

If the defendant is a corporation:

The defendant, The Royal Family, is incorporated under the laws of the State of ———— N|A ————

and has its principal place of business in the State of ———— N|A ————

or is incorporated under the laws of (foreign state) The United Kingdom

and has its principal place of business in London, England.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Marc            Andreessen
First Name    Middle Initial    Last Name

Andreessen Horowitz - 200 Lafayette Street, Floor 3
Street Address

New York, New York     New York     10012
County, City     State     Zip Code

650-798-5800     newyork-info@a16z.com
Telephone Number     Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  Tala Roxanne [First Name]    Duffie, MA, DNP, PMHNP-BC [Last Name]
Vanderbilt University - Neuroscience/Mental Health Nurse & WKMX Radio
Current Job Title (or other identifying information)
University Counseling Center, 2015 Terrace Place
Current Work Address (or other address where defendant may be served)
Davidson, Nashville    Tennessee    37203
County, City    State    Zip Code

Defendant 2:  Anstey [First Name]    Gano, DNP, PMHNP-BC [Last Name]
Vanderbilt University - Psychiatric Nurse Practitioner
Current Job Title (or other identifying information)
University Counseling Center, 2015 Terrace Place
Current Work Address (or other address where defendant may be served)
Davidson, Nashville    Tennessee    37203
County, City    State    Zip Code

Defendant 3:  Ryanne [First Name]    Duffie [Last Name]
Fox News - Vice President of Legal Affairs & "Science Cable Network & Productions
Current Job Title (or other identifying information)
* 416 North Oates Street
Current Work Address (or other address where defendant may be served)
Houston, Dothan    Alabama
County, City    State    Zip Code

Page 4

Defendant 4: <u>Daniel (Dan)</u>    <u>Sandoval</u>
First Name                Last Name

<u>Keith Knapp Realty - Realtor • Scenic Cable Networks & Productions</u>
Current Job Title (or other identifying information)

<u>411 North Oates Street</u>
Current Work Address (or other address where defendant may be served)

<u>Houston, Dothan</u>        <u>Alabama</u>        <u>36303</u>
County, City              State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: <u>Atlanta, Georgia; Charlotte, North Carolina; San Francisco, California; New York, New York; Seattle, Washington; Dublin, Ireland</u>

Date(s) of occurrence: <u>June 2024 - Present</u>

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

<u>To be provided in an additional document.</u>

Page 5

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: __Princess Anne__     __Phillips__
First Name                Last Name
__Princess of the British Royal Family__
Current Job Title (or other identifying information)
__Buckingham Palace__
Current Work Address (or other address where defendant may be served)
__London, England     SW1A 1AA__
County, City                State          Zip Code

Defendant 2: __George__       __Phillips, HRH__
First Name                Last Name
__Military Strategist, Member of the British Royal Family__
Current Job Title (or other identifying information)
__Buckingham Palace__
Current Work Address (or other address where defendant may be served)
__London, England     SW1A 1AA__
County, City                State          Zip Code

Defendant 3: __Ingrid__        __Jones, LMHC__
First Name                Last Name
__Broward College - Adjunct Professor • Licensed Mental Health Counselor__
Current Job Title (or other identifying information)
__5850 Coral Ridge Drive, Suite 314__
Current Work Address (or other address where defendant may be served)
__Broward, Coral Springs__   __Florida__   __33076__
County, City                State          Zip Code

Page 4

Defendant 4:  **Maria Lomica (Malalm) Billig**
First Name                     Last Name

Senior Manager, Deloitte Consulting, LLP
Current Job Title (or other identifying information)

30 Rockefeller Plaza, 41st Floor
Current Work Address (or other address where defendant may be served)

New York, New York          New York          10112
County, City                          State               Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Atlanta, Georgia; Charlotte, North Carolina; San Francisco, California; New York, New York; Seattle, Washington; Dublin Ireland

Date(s) of occurrence: June 2021 - Present

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

To be provided in an additional document.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_To be provided in an additional document._

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_To be provided in an additional document._

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_September 10, 2024_
**Dated**

_Charissi Svea_
**Plaintiff's Signature**

_Charissa_   _S._   _Moore_
**First Name**   **Middle Initial**   **Last Name**

_I DO NOT HAVE A HOME OR APARTMENT, DUE TO LONG-TERM INTERSTATE STALKING._
**Street Address**

_New York, New York_   _New York_   _10007_
**County, City**   **State**   **Zip Code**

_917-244-0163_   _CharissaSamantha@proton.me_
**Telephone Number**   **Email Address (if available)**

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



To: Pro Se Intake Office
United States District Court
The Southern District of New York
Daniel Patrick Moynihan Building
500 Pearl Street
New York, New York 10007-1312

From: Charisse Samantha Moore
New York, New York 10017

Envelope
Recycle me.

2024 SEP 20 AM 11:35

US DC
SDNY

Align top of FedEx Express® shipping label here

New Complaint Filing